FILED

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STEWART GIBSON, ) <br> ) <br> Defendant. ) | 2:10-CR-0309-PMP (LRL) |

### ORDER OF FORFEITURE

On August 5, 2010, defendant STEWART GIBSON pled guilty to a One-Count Criminal Information charging him in Count One with Conspiracy to Commit Fraud in violation of Title 18, United States Code, Sections 1344 and 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant STEWART GIBSON shall pay a criminal forfeiture money judgment of $250,000.00 in United States Currency to the United states of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from STEWART GIBSON a criminal forfeiture money judgment in the amount of
3 $250,000.00 in United States Currency.

4  DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE