FILED

AUG 8 2011

CLERK, U.S. DISTRICT
DISTRICT OF NV

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) 2:10-CR-309-PMP (LRL)
)
STEWART GIBSON, )
)
    Defendant. )

## ORDER OF FORFEITURE

This Court found on August 5, 2010, that STEWART GIBSON shall pay a criminal forfeiture money judgment of $250,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Docket #6.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STEWART GIBSON a criminal forfeiture money judgment in the amount of $250,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE