# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | 2:10-CR-00309-PMP-LRL |
| Plaintiff,          ) | |
| ) | |
| v.          ) | **ORDER** |
| ) | |
| STEWART GIBSON          ) | |
| ) | |
| Defendant.          ) | |

The Court having read and considered Defendant Gibson's Motion to Correct Sentence (Doc. #19) filed August 17, 2011, Plaintiff's Response thereto (Doc. #20) filed August 25, 2011 and Defendant's Reply (Doc. #21) filed August 30, 2011, and good cause appearing,

**IT IS ORDERED** that Defendant Gibson's Motion to Correct Sentence (Doc. #19) is **DENIED**.

DATED: September 6, 2011.

_____
PHILIP M. PRO
United States District Judge